**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joyce Juniel,<br><br>              Plaintiff,<br><br>v.<br><br>Laboratory Corporation of America,<br>Anasazi Internal Medicine,<br><br>              Defendants. | No. CV-12-01539-PHX-DGC<br><br>**ORDER** |

Defendant Anasazi Internal Medicine ("Anasazi") filed by special appearance a motion for clarification of the Court's order issued on May 17, 3013. Doc. 38; *see* Doc. 37. In that order, the Court found that there was no diversity between Plaintiff, a resident of Arizona, and Anasazi, a medical practice incorporated in Arizona with its principle place of business in Arizona. Doc. 37 at 3. Because inclusion of Anasazi would destroy complete diversity and deprive the Court of subject matter jurisdiction, the Court explained that it would "exercise its discretion under Rule 41(a)(2) and dismiss Anasazi without prejudice, allowing the current action to proceed against Labcorp and preserving Plaintiff's option to pursue any separate claims against Anasazi in an appropriate forum." *Id.* at 4. The formal order of dismissal erroneously stated that "Anasazi is dismissed with prejudice." *Id.* at 10, ¶ 10. The Court has corrected this error and issued an amended order dismissing Anasazi without prejudice.

Dated this 24th day of May, 2013.

*[signature: Daniel G. Campbell]*

David G. Campbell
United States District Judge