**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joyce Juniel,<br><br>            Plaintiff,<br><br>v.<br><br>Anasazi International Medicine, et al.,<br><br>           Defendants. | No. CV12-1539 PHX DGC<br><br>**ORDER** |

Plaintiff has filed a request to dismiss her case (Doc. 67) and Defendants have agreed (Doc. 68).

**IT IS ORDERED** that this case is dismissed without prejudice, each side to bear its own costs and attorneys' fees.

**IT IS ORDERED** that Plaintiff's motion requesting referral to preliminary medical expert (Doc. 60) is **found to be moot**.

Dated this 6th day of November, 2013.

_____
David G. Campbell
United States District Judge